796 A.2d 223

IN THE MATTER OF JOHN M. DE LAURENTIS,
AN ATTORNEY AT LAW.

April 30, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–092, concluding that **JOHN M. De LAUREN-TIS** of **CAMDEN,** who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 7.4(a) (failure to communicate with client), *RPC* 3.2 (failure to expedite litigation), *RPC* 5.5(a) (practicing law during period of ineligibility) and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **JOHN M. De LAURENTIS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.